FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHAEL CHRISTIAN RADVANYI,

Plaintiff,

v.

MICHAEL MENDEZ,

Defendant.

No. 2:25-CV-00465-ACE

ORDER TO DISMISS WITHOUT PREJUDICE

By Order filed November 20, 2025, Plaintiff was directed to pay a partial filing fee within thirty days to initiate this action. ECF No. 3. Plaintiff has not paid the partial filing fee, and there has been no activity in the case since November 20, 2025 (nearly nine months). Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED without prejudice**.

2. Plaintiff shall provide notice of this dismissal to any Defendant he served with a copy of the Summons and Complaint.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide a copy to Plaintiff, and **CLOSE** the file.

DATED August 14, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE